```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | TODD A. PICKLES
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 4 | Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 2-12-MJ-087 DAD |
| v. | ) [~~PROPOSED~~] ORDER |
| JAMES SHORT, | ) FOR UNSEALING COMPLAINT |
| Defendant. | ) |

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: April 5, 2012

*/s/ Dale A. Drozd/*
HON. DALE A. DROZD
U.S. Magistrate Judge